UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN THE MATTER OF THE REASSIGNMENT OF COGNATE CASES _____/ | Second Amended Administrative Order No. <u>23-CA-081</u> |

**WHEREAS**, upon the recommendation of Magistrate Judge Phillip J. Green, the Court has determined that the case *Mary Wolfe v. Alger County, et al.*, Case No. 2:23-cv-146, which is assigned to the Honorable Robert J. Jonker, is cognate to other cases assigned to the Honorable Paul L. Maloney;

**WHEREAS** all assigned Article III Judges have consented to the reassignment of the above-listed cases and the Court being mindful of the need for the exercise of judicial economy;

**IT IS HEREBY ORDERED** that the Clerk of Court shall reassign the above-referenced case to Judge Maloney and to Magistrate Judge Green under the approved procedure. *See* W.D. Mich. LCivR 3.3.2(c).

**IT IS FURTHER ORDERED** that another case shall be assigned to Judge Jonker, according to the approved procedure.

**IT IS FURTHER ORDERED** that the Clerk's Office shall refer all newly-filed cases involving challenges to the application of Michigan's General Property Tax Act, MCL 211.78, prior to its December 22, 2020, amendment, to Magistrate Judge Green for determination as to whether the case should be assigned to Judge Maloney.

**IT IS FURTHER ORDERED** that the Clerk's Office shall adjust the case assignments to other district judges to offset cases being assigned to Judge Maloney under this Administrative Order.

**IT IS FURTHER ORDERED** that all cognate cases assigned to Judge Maloney under this Amended Administrative Order shall also be assigned to Magistrate Judge Green.

A copy of this Amended Administrative Order shall be filed in each of the cases the assignment or reassignment of which was made under this Order.

FOR THE COURT:

Dated: August 25, 2023

HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE